| | | | | | | | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | |
|---|---|---|---|---|---|---|---|---|---|
| | **Exhibit A to Short Form Complaint in *In re: Aqueous Film- Forming Foams Products Liability Litigation* , MDL 2873** | | | | | | | | |
| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | | Causes of Action (please indicate via Count number) (per ¶ 9) |
| 1. | Alarcon, Rodrigo | 10/12/1972 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 2. | Bair, Eric | 2/21/1973 | Ohio | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 3. | Bossart, Steven | 6/17/1967 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 4. | Burch, Albert | 3/18/1965 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 5. | Butler, Willie | 10/30/1969 | North Carolina | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 6. | Callahan, Randall | 1/20/1959 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 7. | Campione, John | 11/23/1960 | Ohio | District of New Jersey | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 8. | Caprilozzi, Alexander | 12/27/1960 | New Mexico | Northern District of New York | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 9. | Carlesimo, Michelle | 2/9/1970 | South Carolina | Northern District of New York | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 10. | Case, Brian | 7/11/1955 | North Carolina | Western District of Michigan | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 11. | Chirozzi, Thomas | 1/4/1972 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 12. | Dann, Joseph | 5/3/1949 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 13. | Duke, James | 5/7/1965 | Kentucky | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 14. | Dunbar, Jeremy | 6/6/1971 | Pennsylvania | District of Maryland | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 15. | Duprey, Odalis | 6/16/1971 | North Carolina | Middle District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 16. | Ecker, Robert | 9/16/1956 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 17. | Edgell, Lisa | 10/22/1970 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 18. | Elias, Sara | 5/8/1975 | New York | District of New Jersey | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 19. | Eline, Shirley o/b/o Eline, Mark | 7/10/1957 | North Carolina | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 20. | Faia, Paul | 3/25/1957 | New York | District of New Jersey | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 21. | Feldman, Seth | 10/29/1969 | Texas | District of Maryland | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 22. | Flood, Jeremy | 5/2/1992 | New York | District of New Jersey | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 23. | Foote, Barry | 9/23/1959 | Missouri | Middle District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 24. | Fordham, James | 3/6/1946 | North Carolina | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 25. | Garber, Daniel | 2/2/1988 | Ohio | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 26. | Giese, Kyle | 4/11/1997 | Ohio | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 27. | Glass, Ricky | 9/1/1953 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 28. | Grainger, Anthony | 2/16/1966 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 29. | Guzzi, Thomas | 9/24/1952 | Alabama | District of Alabama | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 30. | Hand, Adam | 8/19/1980 | Ohio | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 31. | Harriman, Arthur | 6/3/1968 | New Jersey | District of New Jersey | Yes | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 32. | Harris, Sr., Richard | 4/23/1946 | New Hampshire | Southern District of New York | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 33. | Hart, Craig | 2/10/1981 | Ohio | Western District of Pennsylvania | No | Yes | No | Testicular Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 34. | Henson, Marvin | 12/28/1970 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 35. | Hesson, Richard | 7/14/1959 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 36. | Hicks, Lawrence | 4/27/1950 | New York | Northern District of New York | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 37. | Holly, Michael | 8/26/1959 | North Carolina | Middle District of North Carolina | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 38. | Homack, Chett | 1/22/1985 | Massachusetts | Western District of New York | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 39. | Humphreys, Janice | 12/29/1948 | North Carolina | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 40. | Jamison, Emily | 5/20/1947 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 41. | Jones, Clarence | 12/19/1969 | Ohio | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 42. | Karpinski, Timothy | 1/18/1985 | Ohio | Northern District of Ohio | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 43. | Katz, Morton | 2/5/1945 | Louisiana | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 44. | Kelly, Jonathan | 3/2/1978 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 45. | Kirchoff, Mark | 10/15/1956 | Ohio | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 46. | Knotts, Mary | 5/7/1974 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 47. | Knous, Dawn | 12/10/1972 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 48. | Kulhanek, Christopher | 10/7/1988 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 49. | Kunemund, Lynn | 4/13/1959 | Delaware | District of Delaware | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 50. | Kuti, Robert | 3/7/1953 | Ohio | Northern District of Ohio | No | Yes | No | Testicular Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 51. | Lajiness, Aaron | 10/8/1981 | Texas | Western District of Texas | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 52. | Learned, Brenda | 6/17/1953 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 53. | Lichtcsien, Alan | 5/22/1960 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 54. | Lisbon, Corey | 10/26/1971 | Georgia | Southern District of Georgia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 55. | Lockwood, William | 5/11/1959 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 56. | Lower, Ronna | 2/22/1958 | Florida | Southern District of Florida | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 57. | Maynard, Leah | 2/26/1982 | Tennessee | Eastern District of Tennesee | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 58. | McClure, Robert | 1/14/1945 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 59. | McCrary, Joseph | 6/8/1966 | Tennessee | Eastern District of Tennesee | No | Yes | No | Testicular Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 60. | McGill, Lawrence | 1/14/1957 | New Jersey | District of New Jersey | Yes | Yes | No | Testicular Cancer; Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 61. | McMillan, Andrew | 1/20/1984 | Michigan | Eastern District of Michigan | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 62 | McMorrow, David | 11/1/1968 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 63. | Mead, Wayne | 2/8/1957 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 64. | Miller, Landan | 12/24/2004 | Ohio | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 64. | Mitchell, Kenneth | 5/14/1951 | New Jersey | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 66. | Montanez, Jose | 4/24/1975 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 67. | Moule, Jeffrey | 7/20/1967 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 68. | Mowery, Debra | 9/2/1953 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 69. | Murphy, Donald | 3/8/1978 | Ohio | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 70. | Murphy, Patricia | 4/28/1951 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 71. | Nagy, Jeffery | 6/22/1966 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |

| # | Name | DOB | State | District | | | | Disease | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 72. | Natter, Steven | 11/15/1954 | Arizona | District of Arizona-Phoenix | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 73. | Neukrug, Edward | 1/8/1951 | Virginia | Eastern District of Virginia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 74. | Neville, Christopher | 2/20/1971 | Ohio | Northern District of Ohio | No | Yes | No | Testicular Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 75. | Noling, April | 6/2/1962 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 76. | Oberdoerster, Chad | 2/21/1973 | Michigan | Western District of Michigan | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 77. | Opich, Travis | 9/15/1981 | Washington | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 78. | Otis, David | 5/8/1962 | Michigan | Eastern District of Michigan | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 79. | Ouillette, Valerie | 10/15/1974 | Florida | Middle District of Florida | No | Yes | No | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 80. | Ozone, Christopher | 2/28/1988 | New York | Eastern District of New York | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 81. | Parisi, James | 4/15/1977 | New York | Southern District of New York | No | Yes | No | Kidney Cancer; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 82. | Parsons, Chad | 3/18/1980 | Ohio | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 83. | Pelfrey, Teresa | 2/28/1968 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 84. | Phipps, Roy | 9/14/1943 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 85. | Provencher, Richard | 4/15/1961 | North Carolina | Eastern District of North Carolina | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 86. | Ragsdale, Laura | 1/3/1955 | Michigan | Western District of Michigan | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 87. | Reynolds, William | 2/12/1971 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 88. | Ridgen, John | 7/9/1955 | North Carolina | Eastern District of North Carolina | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 89. | Ritchey, Joshua | 12/11/1988 | Kentucky | Eastern District of Kentucky | Yes | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 90. | Roberts, Mitchel | 8/15/1958 | Florida | Southern District of Florida | No | Yes | No | Testicular Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 91. | Robison, Troy | 8/12/1963 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 92. | Rowley, Frances | 4/27/1951 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 93. | Ryan, Paul | 7/19/1960 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 94. | Sage, Alan | 6/14/1956 | Michigan | Western District of Michigan | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 95. | Schaechter, Jonathan | 4/15/1966 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 96. | Scher, Reid | 3/4/1954 | Maine | District of Maine-Portland | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 97. | Schultz, Gerald | 3/4/1946 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 98. | Schumann, Paul | 10/10/1957 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 99. | Scott, Lenore | 10/27/1949 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 100. | Sessoms, Jasper | 7/17/1964 | North Carolina | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 101. | Shaw, William | 8/19/1957 | Arizona | District of Arizona-Flagstaff | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 102. | Sheldon, Harry | 12/5/1965 | Tennessee | Eastern District of Tennesee | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 103. | Smith, Delores | 2/17/1953 | North Carolina | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 104. | Smith, Jason | 10/2/1972 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 105. | Smith, TreAnn | 4/5/1962 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 106. | Smokovich, Eric | 6/2/1970 | New York | Eastern District of New York | Yes | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 107. | Snyder, Sharon | 4/15/1962 | North Carolina | Western District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 108. | Stead, Thomas | 4/7/1945 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 109. | Stevens, John | 4/8/1982 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 110. | Stockton, Kevin | 10/21/1974 | Michigan | Western District of Michigan | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 111. | Sutton, David | 6/20/1952 | Alabama | Middle District of Alabama | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 112. | Talbert, James | 1/25/1962 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 113. | Taylor, Dwight | 8/24/1951 | North Carolina | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 114. | Thacker, Randall | 8/1/1948 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 115. | Thibodeaux, Anthony | 10/14/1973 | Louisiana | Middle District of Louisiana | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 116. | Thomas, Bernard | 12/23/1959 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 117. | Townsend, Stefanie | 10/16/1971 | New York | Northern District of New York | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 118. | Wallace, Erica | 11/12/1980 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 119. | Wilke, Joseph | 10/4/1978 | New Jersey | District of New Jersey | Yes | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 120. | Williams, Bruce | 5/4/1956 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 121. | Yates, Carol | 9/30/1958 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |